No. 1937. ROLLINS *v.* CLEMENT. April Term, 1886. Plaintiff sued to recover a reward offered for information sufficient to convict the persons who burned defendant's mill. It was competent to prove by a witness the fact that he had previously given to defendant information received from another as to the guilty parties.

2. A witness could testify as to a message carried by him from defendant to plaintiff, upon which the plaintiff acted.

Judgment of the Circuit Court of Spartanburg (Hudson, J.) affirmed. OPINION by MR. JUSTICE McGOWAN, September 15, 1886. *Bobo & Carlisle, J. S. R. Thomson*, for appellants. *Stanyarne Wilson*, contra.

No. 1939. MORGAN *v.* WRIGHT. April Term, 1886. This case involved the same points, and was argued by the same attorneys, as the case of *Morgan* v. *Smith, ante*, 337, which is referred to and adopted as the decision of this appeal. OPINION by MR. JUSTICE McIVER, September 23, 1886.